IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                              CASE NO. 09-10362GVL1

MILLER, DARRELL
MILLER, HAZEL B.                           CHAPTER 7

         Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED
IN ACCORDANCE WITH 11 U.S.C. §347**

     Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 5 | CitiFinancial Auto Corporation<br>P.O. Box 182287<br>Columbus, OH 43218 | $2,494.16 |

                                       /s/ Theresa M. Bender
                                       THERESA M. BENDER
                                       CHAPTER 7 TRUSTEE
                                       Theresa M. Bender, P.A.
                                       Post Office Box 14557
                                       Tallahassee, FL  32317
                                       PH:  (850) 205-7777
                                       FL. Bar # 0749486
                                       Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

CitiFinancial Auto Corporation
P.O. Box 182287
Columbus, OH 43218

Dated: 9/23/2011                                                       /s/ Theresa M. Bender